WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 APR 16 10:14 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DOUGLAS PENNINGTON,**  CV # 07-1816-ST

   Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security,**

   Defendant.

Attorney fees in the amount of $4,850.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _16_ day of ___April___, 2009.

_____
United States District / Magistrate Judge

Submitted on April 13, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1