IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DOUGLAS PENNINGTON**,                                             Civil No. 07-1816-ST

      Plaintiff,

      v.                                                                              O R D E R

**COMMISSIONER OF SOCIAL SECURITY**,

      Defendant.
_____

      Tim D. Wilborn
      Wilborn Law Office, P.C.
      P.O. Box 2768
      Oregon City, Oregon   97045

           Attorney for Plaintiff

      Dwight C. Holton
      United States Attorney
      District of Oregon

Page 1 - ORDER

      Adrian L. Brown
      U.S. Attorney's Office
      1000 SW Third Avenue, Suite 600
      Portland, Oregon  97204

      Terrye Erin Shea
      Social Security Administration
      Office of General Counsel
      701 Fifth Avenue, Suite 2900 M/S 901
      Seattle, Washington  98104

           Attorneys for Defendant

KING, Judge:

      The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 29, 2010.  The matter is before this court.  <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings <u>de novo</u> review.  <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Stewart's Findings and Recommendation dated July 29, 2010 (#33) in its entirety.

///

///

Page 2 - ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Approval of Attorney Fees pursuant to 42 USC § 406(b) (#29) is granted in the sum of $11,897.00. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under EAJA and send to plaintiff's attorney the balance of $7,047.00.

DATED this  31st  day of August, 2010.

      /s/ Garr M. King
      GARR M. KING
      United States District Judge